**MDL-2047**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 02, 2009

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION**

General Fidelity Insurance Co. v. Katherine L. Foster, et al.,     )
S.D. Florida, C.A. No. 9:09-80743     )     MDL No. 2047

### ORDER VACATING CONDITIONAL TRANSFER ORDER

**Before the entire Panel***:  Plaintiff in this Southern District of Florida action moves, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the action to the Eastern District of Louisiana for inclusion in MDL No. 2047. The individual defendant in the action and the plaintiffs' liaison counsel in MDL No. 2047 oppose the motion to vacate.

After considering all argument of counsel, we will grant the motion to vacate. This action does not share sufficient questions of fact with previously centralized actions to warrant inclusion in MDL No. 2047. Plaintiffs in the majority of the actions in MDL No. 2047 are individuals who seek relief related to property damage or personal injuries arising from drywall manufactured in China and installed in their homes. The plaintiff insurance company in the declaratory judgment action before the Panel seeks to determine its rights and obligations under a commercial general liability policy. Accordingly, this action raises distinctly different factual and legal questions from the core allegations at issue in MDL No. 2047, and transfer would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation. *See* 28 U.S.C. § 1407(a).

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" is vacated insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Robert L. Miller, Jr.                Kathryn H. Vratil
David R. Hansen                  W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.             David G. Trager*

---

*     Judge Trager took no part in the decision of this matter.

**OFFICIAL FILE COPY**

Pleading No. 150


EXHIBIT
A

IMAGED DEC 02 2009

# MDL-2047

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 05, 2010

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

Builders Mutual Insurance Co. v. Dragas Management Corp., et al., )
      E.D. Virginia, C.A. No. 2:09-185              )       MDL No. 2047

### ORDER DENYING TRANSFER

**Pleading No. 169**

    **Before the entire Panel**[*]: Plaintiffs' liaison counsel in MDL No. 2047 moves, pursuant to 28 U.S.C. § 1407 (c), to transfer this Eastern District of Virginia action to the Eastern District of Louisiana for inclusion in MDL No. 2047. The National Association of Home Builders responded in support of the motion. Plaintiff Builders Mutual Insurance Co., defendant Firemen's Insurance Company of Washington, D.C., and third-party defendants Hanover Insurance Co. and Citizens Insurance Company of America oppose the motion to transfer.

    After considering all argument of counsel, we will deny the motion to transfer. This action does not share sufficient questions of fact with previously centralized actions to warrant inclusion in MDL No. 2047. Plaintiffs in the majority of the actions in MDL No. 2047 are individuals who seek relief related to property damage or personal injuries arising from drywall manufactured in China and installed in their homes. The plaintiff insurance company in the declaratory judgment action before the Panel seeks to determine its rights and obligations under a commercial general liability policy in advance of any underlying litigation filed against its insured. Resolution of this action will require interpretation and construction of multiple contracts of insurance issued by different insurance carriers. While MDL No. 2047 encompasses some insurance issues already, given that this declaratory judgment action is not related to any action pending in MDL No. 2047, transfer would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation. *See* 28 U.S.C. § 1407(a).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. § 1407 is denied.

---

    [*]  Judge Hansen took no part in the decision of this matter.

## OFFICIAL FILE COPY

IMAGED  Feb 05 2010

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Robert L. Miller, Jr.          Kathryn H. Vratil
David R. Hansen*              W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.         David G. Trager