UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60273-CIV-GOLD/McALILEY

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

      Plaintiff,
v.

F. VICINO DRYWALL II, INC., et al.,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION **[DE 15]**

THIS CAUSE comes before the Court on Plaintiff's Motion for Reconsideration **[DE 15]**. Having reviewed the Motion, and following a telephonic status conference held on May 20, 2010, it is hereby

ORDERED AND ADJUDGED that

1. Plaintiff's Motion **[DE 15]** is GRANTED.

2. Defendants shall file a response to Plaintiff's Complaint, on or before **Wednesday, June 16, 2010.**

3. My previous Order **[DE 14]**, entered on April 6, 2010, is hereby VACATED.

4. Discovery in this matter is STAYED until further Order of the Court.

5. On or before **Friday, June 18, 2010**, Defendants shall contact the JPML for clarification as to whether this case is a potential tag-along action. Thereafter, the parties shall file a Joint Status Report detailing the status of this matter before the JPML.

DONE AND ORDERED in Chambers in Miami, Florida this 8th day of June, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Chris M. McAliley
      All counsel of record