UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60273-cv-GOLD/McALILEY

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

      Plaintiff,
v.
F. VICINO DRYWALL II, INC.;
F VICINO DRYWALL, INC.; and
F. VICINO AND CO., INC.,

      Defendants.
_____/

## JUDGMENT ON ATTORNEY FEES

In accordance with Federal Rule of Civil Procedure 58 and the Court's Order Adopting Judge McAliley's Report and Recommendation Concerning Attorney Fees, it is hereby ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of Defendants F. Vicino Drywall II, Inc.; F. Vicino Drywall, Inc.; and F. Vicino & Co., Inc. against Plaintiff National Union Fire Insurance Company of Pittsburgh, PA in the amount of $154,613.50. Post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961. This judgment shall be enforceable as prescribed by 28 U.S.C. §§ 3001–3307 and Rule 69(a) of the Federal Rules of Civil Procedure.

2. All pending motions are **DENIED AS MOOT**, and all hearings are **CANCELLED**.

3. This case is **CLOSED**.

DONE AND ORDERED in Chambers, in Miami, Florida, this ___ day of September, 2011.

                                              _____
                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley